July 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH HILL, Appellant

NO. 14-10-00862-CV                                    V.

RICHARD TRINCI, DOMINTO CARRILLO, JACKIE DENT, WARNER LUMPKINS,
LEE WILLIAMS, and KANDICE WOODARD Appellees

_____

This cause, an appeal from a judgment dismissing appellant's suit signed August 9, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Kenneth Hill, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.